1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant MICHAEL BACA
6

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      )   No. 4-12-70541 MAG [DMR]
                                   )
12 |              Plaintiff,        )
                                   )   STIPULATION AND ORDER
13 | vs.                            )   CONTINUING DETENTION HEARING
                                   )
14 | MICHAEL BACA,                  )
                                   )
15 |              Defendant.        )
   | _____ )
16

17

18     Michael Baca presently is scheduled to appear before the Court for further detention

19 hearing on 22 June 2012. A mental health evaluation of Mr Baca has been requested, but

20 Pretrial Services has informed the parties that the psychologist is unable to conduct the

21 evaluation until 21 June. In order to give the psychologist adequate time to prepare his report,

22 and for the Court to consider it, IT IS STIPULATED AND AGREED that the detention hearing

23 be continued to

24 27 June at 9:30 a.m. IT IS FURTHER STIPULATED AND AGREED that Mr Baca waives time

25 for preliminary hearing or indictment pursuant to Fed. R. Crim. P. 5.1(d), to and including that

26 date.

STIP/ORD                               1

1
2        SO STIPULATED.
3                                                          /s/
4   Dated: June 21, 2012                      _____
                                              JEROME E. MATTHEWS
5                                             Assistant Federal Public Defender
6
                                                           /s/
7   Dated: June 21, 2012                      _____
                                              MATTHEW McCARTHY
8                                             Assistant United States Attorney
9
10
        Good cause appearing therefor, IT IS ORDERED that the detention hearing be continued
11
   to 27 June at 9:30 a.m.  The Court also finds that Mr Baca waives time for preliminary hearing or
12
   indictment pursuant to Fed. R. Crim. P. 5.1(d), to and including that date.
13
        SO ORDERED.
14
15
   Dated: June 22, 2012                      _____
16                                            DONNA M. RYU
                                              United States Magistrate Judge
17
18
19
20
21
22
23
24
25
26

STIP/ORD                                    2